RECEIVED

FEB 2 2015

DENISE PACHECO, CLERK
EIGHTH COURT OF APPEALS

08-15-00036-CV (1)

**COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS**

| | | |
|---|---|---|
| B.S., Appellant, | § | No. 08-15-00036-CV |
| | § | |
| v. | § | Appeal from the 394th District Court of |
| | § | |
| TEXAS DEPARTMENT OF FAMILY | § | (TC # 7472) |
| AND PROTECTIVE SERVICES, | | |
| Appellee | | |

## MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Jeannette Duer, who is attorney of record for B.S. Jeannette Duer requests the Court to grant her permission to withdraw as attorney for B.S. in this case. In support, Jeannette Duer shows:

Good cause exists for withdrawal of Jeannette Duer as counsel, in that she is unable to effectively communicate with B.S. in a manner consistent with good attorney-client relations.

B.S. stated to the trial court that she wished to retain new counsel for the appellate process.

B.S. stated that she was not indigent and had funds to retain counsel for the appellate process.

A copy of this motion has been delivered to B.S., who is hereby notified in writing of her right to object to this motion. Brittany Segovia has not consented to the motion. The last known address of B.S. is 324 Walnut, Pecos, Texas.

Jeannette Duer prays that the Court enter an order discharging her as attorney of record for B.S.

Respectfully submitted,

JEANNETTE DUER
ATTORNEY AT LAW
P.O. Box 2163
Fort Davis, Texas 79734
Tel: 432-426-3200
Cell: 713-557-0371
Fax: 432-426-3888

By: _J. Duer by B. Medley_ by permission
Jeannette Duer
State Bar No. 00793645
jjduer@aol.com

# LAW OFFICE OF BART E. MEDLEY

P.O. Box 1937, Fort Davis, Texas 79734
(432)426-3222 voice   (432)426-3227 fax   bart@bartmedley.com

---

VIA FACSIMILE ONLY

February 2, 2015

Hon. Denise Pacheco
Clerk, 8th Court of Appeals
500 E. San Antonio Ave.
Room 1203
El Paso, Texas 79901

RE:   Cause No. 08-15-00036-CV, *BS, Appellant v. Texas Department of Family and Protective Services, Appellee*

Dear Ms. Pacheco:

Attached please find a Motion to Withdraw as Counsel and a proposed order on that Motion in the above-referenced cause. This Motion is presented to the Court on behalf of Jeannette Duer, who is listed as the attorney for the appellant.

As I explained to someone in your office a few moments ago on the phone, Ms. Duer has recently assumed the office of Jeff Davis County Judge. Judge Duer is currently in Lubbock attending a training session for new county judges. As such, she has no ability to e-file this Motion and Order.

Judge Duer contacted me this afternoon, and stated that she had a deadline to file this Motion of 5:00 p.m. today. I am not involved in this case in any way, however, I offered to assist her in getting it filed. Unfortunately, since I represent no one in this matter, I cannot e-file it for her. Judge Duer has never been required to e-file before, and has advised me that she has no e-filing account I could use on her behalf.

In my conversation with your office, I was told that in exceptional circumstances, the Motion could be filed by fax and Ms. Duer could be billed for the filing fee by mail or by e-mail. I would submit that this is such an exceptional circumstance. Ms. Duer's mailing address, email address, and contact number are:

> Jeannette Duer
> P.O. Box 2163
> Fort Davis, Texas 79734
> (713)557-0371 cell
> jjduer@aol.com

I would appreciate it if you would file this Motion on Ms. Duer's behalf. If there are any issues with this, please feel free to contact Ms. Duer at the number above.

Thank you for your assistance in resolving this unusual issue. Should you have any questions for me, I will be happy to visit with you, although I know nothing whatsoever about this case. I can be reached at (915)526-6255 or by e-mail at bart@bartmedley.com.

Respectfully submitted,

Bart E. Medley
State Bar No. 24035671

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXA
### EL PASO, TEXAS

| | | |
|---|---|---|
| B.S., Appellant, | § | No. 08-15-00036-CV |
| | § | |
| v. | § | Appeal from the 394ᵗʰ District Court of |
| | § | |
| TEXAS DEPARTMENT OF FAMILY | § | (TC # 7472) |
| AND PROTECTIVE SERVICES, | | |
| Appellee | | |

## ORDER REGARDING COUNSEL'S MOTION TO WITHDRAW

The Court enters this ORDER discharging Jeannette Duer as attorney of record for B.S.